| Date | Pleading Number | |
|---|---|---|
| 12/27/72 | 1. | EXECUTIVE JET AVIATION, INC. -- Motion to Transfer pursuant to 28 U.S.C. §1407 with supporting memorandum; Schedule A; exhibit; and affidavit of service. (o+9) |
| 1/2/73 | | EXECUTIVE JET AVIATION, INC. -- Notice that copy of motion was filed E.D. Michigan & E.D. Pennsylvania Clerk's OFF. |
| 1/3/73 | | HEARING ORDER - Setting A-1 through A-5, Jan. 26, 1973, Los Angeles, Calif.., Notified counsel. involved judges. |
| 1/9/73 | 2 | STONOROV plaintiff response to motion w/cert. of service. |
| 1/10/73 | 3 | IRVING J. BLUESTONE response and brief to motion w/cert of service |
| 1/11/73 | 4 | INSTRUMENT AND FLIGHT RESEARCH, INC Response to Motion |
| 1/12/73 | 5 | GATES LEAR JET CORP. jointer in motion w/cert. of service. |
| 1/18/73 | 6 | GOVERNMENTS RESPONSE AND MEMO in support of transfer w/cert. of service |
| 1/26/73 | 7 | WOLFMAN (plaintiff) joinder in motion to transfer w/cert. of service |
| 4/18/73 | | CONSENT of Judge Lord, E.D. Penna. for Judge Higginbotham to handle litigation in that district pursuant to 28 U.S.C. §1407 |
| 4/18/73 | | OPINION and ORDER consolidating actions in the E.D. Pa before Judge A. Leon Higginbotham for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |

DOCKET NO. 125 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

357 February 1786

## Description of Litigation

IN RE AIR CRASH DISASTER NEAR PELLSTON, MICHIGAN ON MAY 9, 1970

*All Dismissed*

### Summary of Panel Action

Date(s) of Hearing(s): 1/26/73

Date(s) of Opinion(s) or Order(s): 4/18/73

Consolidation Ordered: x

Consolidation Denied: ___

Name of Transferee Judge: A. LEON HIGGINBOTHAM

Transferee District: EASTERN DISTRICT OF PENNA.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Martha J. Wolfman, etc. v. Executive Jet Aviation, Inc., et al. | E.D.Mich. Pratt | 38277 | 4-18-73 | 73-984 | 1/4/74 | ✓ |
| A-2 | Irving J. Bluestone, etc. v. Gates-Lear Jet, Inc., et al. | E.D.Mich. Pratt | 38253 | 4-18-73 | 73-985 | 1/4/74 | ✓ |
| A-3 | Federal Insurance Co., etc. v. Col-Air, Inc., a/k/a Col-Aire, Inc., et al. | E.D.Mich. Pratt | 38264 | 4-18-73 | 73-986 | 1/4/74 | ✓ |
| A-4 | Elizabeth Foster Stonorov, etc. v. Executive Jet Aviation, Inc., et al. | E.D.Pa. Higginbotham | 71-1091 | | | 1/4/74 | |
| A-5 | Elizabeth Foster Stonorov, etc. v. United States of America | E.D.Pa. Higginbotham | 72-784 | | | 1/4/74 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 125 -- IN RE AIR CRASH DISASTER NEAR PELLSTON, MICHIGAN ON MAY 9, 1970

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | George W. Maurer, Jr., Esquire<br>Zwerdling, Maurer, Diggs & Papp<br>1600 First National Building<br>Detroit, Michigan 48226 | EXECUTIVE JET AVIATION, INC.<br>Leonard E. Nagi, Esquire<br>Plunkett, Cooney, Rutt & Peacock<br>10th Flr., Guardian Building<br>Detroit, Michigan 48226<br><br>LEAR JET<br>James A. Markle, Esquire<br>Markle & Markle<br>1030 Buhl Building<br>Detroit, Michigan 48226<br><br>INSTRUMENT & FLIGHT RESEARCH, INC.<br>G. Cameron Buchanan, Esquire<br>Alexander, Buchanan & Seavitt<br>2217 First National Building<br>Detroit, Michigan 48226<br><br>UNITED STATES OF AMERICA<br>Ralph B. Grey, Jr., Esquire<br>United States Attorney<br>817 Federal Building<br>Detroit, Michigan 48226<br><br>COL-AIR<br>Mr. Ralph Graves,<br>President<br>Col-Air, Inc.<br>19758 Findley<br>Mt. Clemens, Michigan 48043 |
| A-2 | Donald E. Shely, Esquire<br>Dykema, Gossett, Spencer, Goodnow<br>  & Trigg<br>24th Flr, Penobscot Building<br>Detroit, Michigan 48226 | Same as A-1 above |
| A-3 | Same as A-1 above (Nagi) | Same as A-1 above (Graves, Buchanan, Markle & Grey) |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-4<br>A-5 | John M. Fitzpatrick, Esquire<br>Dilworth, Paxson, Kalish, Levy<br>  & Coleman<br>2600 The Fidelity Building<br>Philadelphia, Pa.  19109 | EXECUTIVE JET AVIATION<br>  David L. Steck, Esquire  (Movant --<br>  Rawle & Henderson    215 - LO9-2500)<br>  2100 Packard Building<br>  Philadelphia, Pa.  19102<br><br>LEAR JET<br>  John B. Martin, Esquire<br>  1600 Land Title Building<br>  Philadelphia, Pennsylvania  19110<br><br>COL-AIR<br>  Same as A-1 above (Graves)<br><br>INSTRUMENT & FLIGHT RESEARCH, INC.<br>  David E. Prewitt, Esquire<br>  White & Williams<br>  19th Flr., Land Title Building<br>  Philadelphia, Pa.  19110<br><br>UNITED STATES OF AMERICA<br>  John Harrison, Esquire<br>  Department of Justice<br>  Civil Division - Torts Section<br>  Washington, D.C.  20530<br>    DO NOT OPEN IN MAILROOM --<br>    DELIVER IMMEDIATELY<br><br>GATES-LEAR JET CORPORATION<br>  John S. Bevan, Esquire<br>  Duane, Morris & Heckscher<br>  16th Floor, 100 South Broad Street<br>  Philadelphia, Pennsylvania  19110 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 125 -- In re Air Crash Disaster Near Pellston, Michigan on 5/9/70

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Executive Jet Aviation, Inc. | A-1; A-4 |
| Gates-Lear Jet Corp. | A-1; A-2; A-3; A-4 |
| Instrument & Flight Research, Inc. | A-1; A-2; A-3; A-4 |
| Col-Air, Inc. | A-1; A-2; A-3; A-4 |
| United States of America | A-1; A-2; A-4; A-5 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |